IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| QUINCY BLAKELY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-01676-B-BT |
| | § | |
| EQUIFAX INFORMATION SERVICES LLC, | § | |
| Defendant. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED October 27th, 2025.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE